IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL DEAVER, Greeley County Sherriff; CINDY BASSETT, Greeley County Attorney; and KALE B. BURDICK,<br><br>　　　　　　Defendants. | 4:24CV3101<br><br>**MEMORANDUM AND ORDER** |

On October 23, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 12. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document. Plaintiff's pending motion, Filing No. 8, is denied as moot.

Dated this 10th day of December, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court